THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
MARK C. KRAUSE (SBN 198142)
Assistant United States Attorney
Cyber and Intellectual Property Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3493
     Fax: (213) 894-8601
     email: mark.krause@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CV 08-6510-RMT |
| | ) (No. CR 04-135(A)-RMT) |
| Plaintiff-Respondent, | ) |
| v. | ) |
| | ) [~~Proposed~~] ORDER |
| TORREY MITCHELL, | ) |
| Defendant-Petitioner. | ) |

FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT (1) defendant's supplemental brief shall be filed no later than March 23, 2009; (2) the government's answering brief shall be filed no later than April 27, 2009; and (3) defendant's reply, if

any, shall be due May 11, 2009.

    IT IS SO FOUND AND ORDERED this 23rd day of February, 2009.

_____
HON. ROBERT M. TAKASUGI
UNITED STATES DISTRICT JUDGE